UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE LIVERMORE LAB, et al.,<br><br>Defendants. | No. 2:23-cv-01925-DAD-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S COMPLAINT<br><br>(Doc. No. 16) |

Plaintiff Gregory Scott Van Huisen is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 16, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's complaint be dismissed. (Doc. No. 16 at 2.) Specifically, because the magistrate judge had previously screened plaintiff's complaint and dismissed it as frivolous, and because plaintiff had not filed an amended complaint within the thirty days provided by the magistrate judge, the magistrate judge concluded plaintiff was unable or unwilling to cure the defects in his complaint. (*Id.* at 1.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

1

2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 16, 2024 (Doc. No. 16) are adopted in full;
2. Plaintiff's complaint is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 14, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE