UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE LIVERMORE LAB, et al.,<br><br>Defendants. | No.  2:23-cv-01925-DAD-EFB (PC)<br><br>ORDER DENYING MOTION TO REOPEN CASE<br><br>(Doc. No. 18) |

Plaintiff Gregory Scott Van Huisen is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  On March 15, 2024, the court dismissed plaintiff's complaint following the assigned magistrate judge determining in a screening order that plaintiff's allegations were frivolous.  (Doc. Nos. 12, 17.)  On March 30, 2026, over two years after the dismissal of this action, plaintiff filed a motion to reopen.  (Doc. No. 18.)  In that motion, makes no argument that would support the reopening of this action.  Accordingly, the court DENIES plaintiff's motion to reopen this case (Doc. No. 18).

IT IS SO ORDERED.

Dated:   **April 24, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1